# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WONG, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-cv-00626-SVW-RAO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed      Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1-1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83-7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 27, 2023         By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                    Deputy Clerk