# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WONG, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−00626−SVW−RAO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments No. 1 Civil Cover Sheet should not have been attached to Docket Entry No. 1. You are not required to take any action to correct this deficiency unless the Court so directs.

Clerk, U.S. District Court

Dated: January 27, 2023        By: /s/ *Luz Hernandez luz_hernandez@cacd.uscourts.gov*
        Deputy Clerk