NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Wendy A. Mitchell (CA SBN 158553)
Napoli Shkolnik, PLLC
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245 (212) 397 - 1000

ATTORNEY(S) FOR: Ryan Wong et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ryan Wong et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-00626-SVW-RAO |
| v. | |
| Robinhood Financial LLC et al | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Ryan Wong et al or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryan Wong and John Foraker, each individually, and on behalf of all others similarly situated, | Class action plaintiffs |

01/31/2023                                 /s/Wendy A. Mitchell
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Ryan Wong, et al

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES