ACCO,(RAOx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:23−cv−00626−SVW−RAO

| | |
|---|---|
| Ryan Wong et al v. Robinhood Financial LLC et al | Date Filed: 01/27/2023 |
| Assigned to: Judge Stephen V. Wilson | Date Terminated: 02/23/2023 |
| Referred to: Magistrate Judge Rozella A. Oliver | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity−Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Ryan Wong**  represented by  **Wendy A. Mitchell**
Napoli Shkolnik PLLC
Complex Litigation
400 Continental Boulevard 6th Floor
El Segundo, CA 90245
212−397−1000
Email: wamitchell@napolilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Foraker**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Becerra**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Hudson**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Nelson**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Tegg**  represented by  **Wendy A. Mitchell**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Wehe** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Hamilton** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Reyes** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Easton** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalom Bouganim** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Attallah** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Travis Holloman** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clint Wade** represented by **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Chon**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanveer Hussain**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Burns**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Pierson**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Illsley**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Hudspeth**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Mueth**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Bussberg**  represented by  **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan May**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Davis**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Domenico Costagliola**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Demarine Brown**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Cuellar**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Schuster**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Johnston**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Amirault**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Bruce**                        represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chase Wilkins**                      represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katrell Glass**                      represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalesse Hurley**                    represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin Freir**                      represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Valenti**                represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Rojas**                        represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brad Carleton**                      represented by  **Wendy A. Mitchell**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dimetras Goins**                     represented by

Wendy A. Mitchell
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Nguyen**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nassif Daher**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Perry Butt**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Willis**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felix Anaman**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jayme West**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawnee Anderson**     represented by    **Wendy A. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell Cheung**     represented by

                                                 **Wendy A. Mitchell**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Layth Dieyleh**                            represented by   **Wendy A. Mitchell**
                                                 (See above for address)
                                               *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yousef Mohamed**                       represented by   **Wendy A. Mitchell**
                                                 (See above for address)
                                               *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clifton Blankenship**                  represented by   **Wendy A. Mitchell**
                                               (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex Burns**                               represented by   **Wendy A. Mitchell**
                                                 (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shihab Hossein**                        represented by   **Wendy A. Mitchell**
                                               (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raegan Ball**                             represented by   **Wendy A. Mitchell**
                                                 (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Campbell Gault**                        represented by   **Wendy A. Mitchell**
                                               (See above for address)
                                             *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jalen Harris**                             represented by

|  |  |
|---|---|
|  | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Roderick Gordon** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alioune Diop** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jamal McCullum** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Abel Jauregui** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Yantee Turner** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Hardi Patel** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Benson** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Geoffrey Racette** | represented by | |

|  |  |
|---|---|
|  | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Russell Stewart** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robinson Montes** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas Lucier** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Floyd McMillan** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Connor Reuth** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carl Carter** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Tovar** | represented by | **Wendy A. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Robinhood Financial LLC**

**Defendant**

**Robinhood Securities, LLC**

**Defendant**

**Robinhood Markets, Inc.**

**Defendant**

**Does**
*1–50*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2023 | Ï 1 | COMPLAINT Receipt No: ACACDC–34692618 – Fee: $402. (Attachments: # 1 Civil Cover Sheet) (Attorney Wendy A. Mitchell added to party Ryan Wong(pty:pla))(Mitchell, Wendy) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 2 | NOTICE OF ASSIGNMENT to District Judge Stephen V. Wilson and Magistrate Judge Rozella A. Oliver. (lh) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 3 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 4 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 5 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Nicholas R. Farnolo. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (lh) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 6 | NOTICE OF DEFICIENCIES in Attorney Case Opening. The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7. (lh) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 7 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: Other error(s) with document(s): Attachments No. 1 Civil Cover Sheet should not have been attached to Docket Entry No. 1. You are not required to take any action to correct this deficiency unless the Court so directs. (lh) (Entered: 01/27/2023) |
| 01/30/2023 | Ï 8 | NEW CASE ORDER upon filing of the complaint by Judge Stephen V. Wilson. (pc) (Entered: 01/30/2023) |
| 01/31/2023 | Ï 9 | |

| | | |
|---|---|---|
| | | NOTICE of Interested Parties filed by Plaintiff Ryan Wong, (Mitchell, Wendy) (Entered: 01/31/2023) |
| 02/23/2023 | ï 10 | Conditional Transfer Order CTO– 6 from the United States Judicial Panel on Multidistrict Litigation, MDL 2989, transferring case to USDC, Southern District of Florida and assigned to Honorable Cecilia M. Altonaga. Case transferred electronically. (MD JS–6. Case Terminated.) (bm) (Entered: 02/24/2023) |